# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _____ 1:22-CV-00369 GPG _____
(To be supplied by the court)

_____ NATHANIEL HARVEY _____, Plaintiff

v.

_____ LT. STEPHANIE MARTENEZ _____,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2022

JEFFREY P. COLWELL
CLERK

_____ LT. JERRY LUNDENBERG _____,

_____ LT. NICK ANAYA _____,

_____ SGT. RENE ACUNA _____, Defendant(s). CONTINUED

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Nathaniel Harvey

Original form provided free of charge by CDOC Legal Services to Offender _____ DOC # 130387 _____ on _____ MAR 1 4 2022

1

SGT. K. GUTIEREZ                    ,

SGT. PAUL CARRILLO JR              ,

OFFICER RILEY                      ,

OFFICER Z. GARCIA                  ,

SOTTO E. OSVALDO                   

NURSE PRACTITIONER KATHLEEN BOYD,

NURSE KRYSTAL KAMMRAD    AND  ,

STEPHANIE DALTON HSA       , DEFENDANTS

Nathaniel Hervey

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

NATHANIEL HARVEY #130287 CENTENIAL CORRECTION FACILITY POB 600
(Name, prisoner identification number, and complete mailing address)

Canon City CO 81215    /    N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____    Pretrial detainee
_____    Civilly committed detainee
_____    Immigration detainee
__✓__    Convicted and sentenced state prisoner
_____    Convicted and sentenced federal prisoner
_____    Other: *(Please explain)* _____

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    STEPHANIE MARTINEZ LT. COLORADO STATE PENITEN-
(Name, job title, and complete mailing address)

TIARY POB 777 CANON CITY CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  __✓__ Yes ___ No *(check one)*. Briefly explain:

DEFENDANT WAS DELIBERATELY INDIFFERENT TO PlAINTIFFS

CONDITION OF CONFINEMENT

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

*Nathaniel Harvey*

Original form provided free of charge by CDOC Legal Services to Offender Harvey DOC # 130287

Defendant 2: JERRY LUNDENBERG LT. CSP POB 777 CANON CITY CO 81215

AT The time the claims in this Complaint arose Was this defendant acting
Under Color OF (State) or Federal law? Yes ✓    No __

Defendant Was DELIBERATELY INDIFFERENT TO PLAINTIFFS
Condition OF CONFINEMENT

Defendant 2 is being Sued in (his) ✓ individual and/or __ Official Capacity.

Defendant 3: NICK ANAYA LT. CSP POB 777 Canon City CO 81215

AT THE time the Claims in this Complaint arose Was this defendant
acting Under Color OF (State) or Federal Law? Yes ✓    No __

Defendant Substantially burdened Adherent either not to engage
in conduct Motivated by a Sincerely held religious belief.
Defendant 3 is being Sued in (his) ✓ individual and/or official Capacity.

Defendant 4: RENE ACUNA SGT. CSP POB 777 CANON CITY CO 81215
AT THE time the CLAIMS in this Complaint arose Was this defendant
Acting Under Color of (State) or Federal Law? Yes ✓    No __

Defendant used Unnecessary EXCESSIVE Force and RETALIATORY
Conduct for Plaintiff Filing Grievances and 1983 LaW SUIT.

Defendant 4 is being Sued in (his) ✓ individual and/or __ official Capacity.

Nathaniel Harvey

2

Defendant 5: K. GUTIEREZ SGT. POB 777 Canon City Co 81215

Defendant Substantially burdened Adherent either Not to engage
in conduct Motivated by a Sincerely held religious belief.

At the time the claims in this Complaint arose was this defendant acting
Under Color of (STATE) or Federal law? Yes ✓   NO ___
Defendant 5 is being Sued in (her) ✓ individual and/or ___ official Capacity.

Defendant 6: PAUL CARRILLO JR. SGT. POB 777 Canon City Co 81215

AT The time the claims in this Complaint arose was this defendant acting
Under color of (STATE) or Federal Law? Yes ✓ NO ___

Defendant used Unnecessary Excessive Force.
Defendant 6 is being Sued in (his) ✓ individual and/or official Capacity.

Defendant 7: RILEY OFFICER POB 777 Canon City Co 81215

At The time the claims in this Complaint arose was this defendant acting
Under color of (STATE) or Federal Law? Yes ✓ NO ___
Defendant Practice Substantially burdened Plaintiff's Sincerely-held
Religious beliefs.
Defendant 7 is being Sued in (her) ✓ individual and/or official Capacity.

Nathaniel Harvey

3

Defendant 8: Z. GARCIA OFFICER POB 777 Canon City Co 81215

At The time the claims in this Complaint arose was this defendant acting Under color of (state) or Federal Law? Yes ✓ No ___

Defendant used unnecessary Excessive force

Defendant 8 is being Sued in (his) ✓ individual and/or official Capacity.

Defendant 9: SOTTO E. OSVALDO POB 777 Canon City Co 81215

At the time the claims in this Complaint arose was this defendant acting Under Color of (state) or Federal Law? Yes ✓ No ___

Defendant excluded Plaintiff and denied him of the benefits of a Public entity's Services and Programs.

Defendant 9 is being Sued in (his) ___ individual and/or ✓ official Capacity.

Defendant 10: KATHLEEN BOYD NURSE PRACTITIONER POB 777 Canon City Co 81215

At THE time the claims in this Complaint arose was this defendant acting Under Color of (state) or Federal Law? Yes ✓ No ___

Defendant has shown to be deliberately Indifferent to Plaintiffs Serious Medical Need.

Defendant 10 is being Sued in (her) ✓ individual and/or official Capacity.

Nathaniel Harvey

4

Defendant #2: KRYSTAL KAMMRAD NURSE POB 777 Canon City Co 81215
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Plaintiff was treated with deliberate Indifference to his Serious Medical Needs by Defendant.

Defendant #2 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant #2: STEPHANIE DALTON HSA
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Defendant delayed Treatment of Plaintiffs Serious Medical Needs.

Defendant #2 is being sued in his/her ✓ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓    Other: (*please identify*) The Court has Jurisdiction Under 28 U.S.C. 1331(a)

Nathaniel Harvey

5

Original form provided free of charge by CDOC Legal Services to Offender     Harvey     DOC # 130287 on MAR 1 4 2022

# FACTS

Federal Rules of Civil Procedure 20(a)(2) Defendants May be Joined if any right
to relief is asserted against them jointly, severally, or in the alternative with
respect to or arising out of the Same transaction, occurence, or Series of
transactions or occurrences; and any question of law or fact Common to all
defendants will arise in the action.

Plaintiff asserts the following NINE Claims for relief:

## Claim ONE: First Amendment Free Exercise of Religion

Plaintiff alleges on April 24, 2021, during the Holy Month of Ramadan, he was given
diced Prunes and Peaches for breakfast as part of his Islamic Halal diet. Plaintiff Saved
the Prunes and Peaches to break his fast later that day. Plaintiff was stopped by
Defendant Riley, who told Plaintiff She had Confiscated his Fruit. Plaintiff asked
to Speak with Defendant Gutierez, who did not respond to the issue. Plaintiff
alleges Defendant Anaya had the Fruit tested for alcohol, but the Fruit tested
negative. Plaintiff has exhausted administrative remedies.

## Claim TWO: Eighth Amendment Cruel and Unusual Punishment

On May 26, 2021, Plaintiff had a reaction to a mixture of high blood Pressure
medications. Plaintiff States he fainted twice, Cutting his right eye open, and Suffered a
Concussion. Plaintiff States he awoke to Defendant Acuna "Videoing" him. Plaintiff
states that Defendant failed to report in his incident report "that he witnessed on Video
Plaintiff fainting to the floor. Plaintiff States he refused Medical treatment, but Defendant

1

Nathaniel Harvey

Acuna Ordered him to Cuff up and go to Medical. Plaintiff alleges Defendant Acuna and Garcia forcefully pushed him against the wall for writing Grievances on Defendants Gutierez and Riley for Confiscating Ramadan food, while Plaintiff was standing against the wall, he suffered Injury to his left shoulder by Defendant Acuna Smashing his left shoulder into the wall. Plaintiff alleges Defendant Carrillo Came up behind him and Snatched his hat off in a backwards motion, causing pain in the back of Plaintiffs Neck. Plaintiff was then tased by Defendant Garcia for having Medical Tremors. Plaintiff alleges that he lost his urine and bowel Movement because of being Tased. Plaintiff was forced to the floor and Defendant Acuna placed leg Irons on Plaintiff. Plaintiff was then strapped to the restraint discipline chair and forced to wear a spit mask. Plaintiff states on June 25, 2021, he was sent to the hospital for Injuries Sustained by the three Defendants.

<u>Claim THREE</u> : Eighth Amendment Cruel and Unusual Punishment and Deliberate Indifference / First Amendment Retaliation

Plaintiff alleges on May 26, 2021, Defendant Acuna "Packed out" his Cell without Providing a Pack out sheet. Plaintiff states he Possessed a T.V. and Cable Cord that belonged to the CSP Property Loaner Program, but on May 27, 2021, Defendant Acuna Gave Plaintiff an Unauthorized offender Property form to Sign for an altered Cable Cord. Plaintiff was later told by another inmate that Defendant Acuna Swapped Cable Cords. Plaintiff alleges Defendant Acuna's actions were related to Plaintiff Filing Grievances and Lawsuit. Plaintiff Further alleges that He has been diagnosed with having Osteo Arthitis in his Right elbow and Defendant Acuna illegally Confiscated Plaintiffs ace bandage and destroyed it, and his Failure to Provide a replacement ace wrap Caused him Pain without it. Plaintiff alleges Defendant Acuna was deliberately Indifferent to his Medical needs.

Nathaniel Harvey

2

<u>Claim FOUR: Eighth Amendment CRUEL AND UNUSUAL Punishment And
DELIBERATE INDIFFERENCE</u>

Plaintiff alleges on June 18, 2013, Defendant Boyd Placed Plaintiff on a
Combination of Medications that Caused him "injury and Poisoning". On
May 26 2021, as a result of these Medications Defendant BOYD Prescibed,
Plaintiff suffered Injury and Poisoning again because Medications should not
be mixed. Plaintiff also alleges he Complained of lightheadedness and
dizziness on December 22, 2020, but Defendant Boyd Failed to take action.
Plaintiff further alleges that on February 17, 2021, he Complained of **chest**
Pain and Shortness of breath, but Defendant BOYD Failed to take action.

<u>Claim FIVE: Eighth Amendment CRUEL AND UNUSUAL Punishment    And
DELIBERATE   INDIFFERENCE</u>

Plaintiff alleges Defendant Kammrad Falsified an "anatomical report"
and Failed to Provide Medical Chronic after Plaintiffs May 26, 2021
Medical EMERGENCY. Plaintiff alleges Defendant was deliberate Indifferent to Serious
Medical needs.

<u>Claim SIX: EIGHTh AMENDMENT CRUEL AND UNUSUAL Punishment
AND   DELIBERATE INDIFFERENCE</u>

Plaintiff alleges Defendant Dalton Failed to Properly treat Plaintiff and
Send him to the Hospital for immediate treatment after his May 26, 2021
Medical EMERGENCY, despite receiving a report that Plaintiff appeared
Grayish in Color.

Nathaniel Harvey

3

## Claim SEVEN: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT

Plaintiff alleges Defendant Martinez Gave the Order for Plaintiff to be removed from his Cell to an observation Cell on May 26, 2021, because Plaintiff refused Medical treatment. Plaintiff alleges Defendant Martinez became Suspicious and Ordered Plaintiff's CELL to be Searched for dangerous Contraband. Plaintiff alleges in the Observation Cell he was forced to Sit in his own Urine and Feces while in Universal Restraints. Plaintiff states he Sat in observation for Five hours and was denied additional Medical treatment.

## Claim EIGHT: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT

Plaintiff alleges Defendant Lundenburg Violated his Eighth Amendment rights by "Continuing Special Controls" on May 26, 2021, despite Plaintiffs NonViolent behavior and his requests for Medical help. Plaintiff alleges Defendant Lundenburg received approval from Assistant Ward Lisac to Keep Plaintiff in Special Controls for Five hours.

## Claim NINE: Fourteenth Amendment EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT; TITLE II OF THE ADA AND REHABILITATION ACT

Plaintiff was denied the ability to participate in Programs to the Same extent as non-disabled People. Plaintiff alleges IN November 2020, he was Seen by Defendant Sotto for a behavior health Status review, and Defendant Sotto Came to a "Biased decision that Plaintiff is exaggerating answers to questions," which is Preventing Plaintiff from receiving a Public entity's Services. There is a Genuine issue of fact regarding whether Defendant Knew of Plaintiffs disability. liability for injunctive and declaratory relief Under §1983.

Nathaniel Harvey

4

**D.      STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   First AMENDMENT FREE EXERCISE OF RELIGION

1.   Supporting facts: Federal Rules of Civil Procedure 20(a)(2) Defendants May be Joined if any

2. right to relief is asserted against them Jointly, Severally, or in the alternative with respect to

3. or arising out of the same transaction, occurence, or Serious of transactions or occurrences;

4. and any question of Law or Fact Common to all defendants will arise in this Action.

5. On 4-24-2021, during the Holy Month of Ramadan, Plaintiff was Given diced Prunes and

6. Peaches For breakfast, Part of MY Islamic Halal diet. Plaintiff Saved Fruit to break his Fast

7. For later that day. Defendant Riley Confiscated Plaintiffs Fruit. Plaintiff asked to Speak to

8. Defendant Gutierez, She refused to Replace the Fruit. Plaintiff requested Defendant

9. Anaya to replace the Fruit. He refused to. Defendant Anaya had the Fruit tested For

10. Alcohol, and was Negative. Plaintiff alleges 1ST Amendment violation For not having

11. a reasonable opportunity to EXERCISE Religion. Plaintiff alleges Defendant Riley's

12. Practice of Searching For Hooch [300-06] Substantially burdened Plaintiff Sincerely

13. held religious beliefs. Plaintiff wasnot Afforded a reasonable opportunity to

14. Pursue his religion. This act Substantially burdened Plaintiff to Modify his religious

15. beliefs. Breaking the Fast is a Tenet of MY Faith. plaintiff Seeks damages For

16. these Constitutional Violations. Please refer to Shakedown slip dated APril 24, 2021.

17. Plaintiffs right to relief is asserted against Defendants Jointly and Severally with respect

18. to arising out of the Same Occurence or Series of Occurrences.

Nathaniel Harvey

‡

## CLAIM TWO: CRUEL AND UNUSUAL PUNISHMENT

1. ON MAY 26,2021, Plaintiff Suffered A MEDICAL EMERGENCY. Plaintiff had a
2. reaction to a Mixture oF High blood Pressure Medications. MENTAL Health
3. Ms. HUFF, Saw Me Faint Unconcious, Cutting MY right eye open. Plaintiff Suffered a
4. concussion. Plaintiff awoke and Got to his Feet and Fell Unconcious again while
5. being Videoed [BodY CaM] by DeFendant Acuna. "DeFendant Acuna Failed to report
6. That he Saw Plaintiff fall Unconcious in his incident Report". DeFendant Acuna
7. Oidered Plaintiff to CUFF UP. I Complied. At No time was MENTAL HEALTH
8. Present to advise Plaintiff. Plaintiffs Schizophrenia was triggered by
9. Seeing the restraint chair. DeFendant Acuna and DeFendant Garcia Forcefully
10. Pushed me against the Wall for writing Grievance's on DeFendants Riley
11. and Gutierez, For Ramadan Food. DeFendant Acuna Smashed MY leFt Shoulder
12. into the Wall Causing pain. DeFendant Carrillo Came UP behind me Snatching
13. MY hat oFF in a backwards Motion Causing Pain in the back of MY Neck. I
14. was then tased by DeFendant Garcia For having Medical Tremors. As I was being
15. tased, Plaintiff was then Forced to the floor were I lost MY Urine and bowel movement.
16. Plaintiff was then strapped to the restraint chair and forced to wear a Spit Mask.
17. DeFendants acted Maliciously and Sadistically For the very Purpose oF Causing harm
18. rather than in a good _ Faith eFFort to Maintain or restore discipline. Plaintiff was
19. Sent to St. Thomas More EMERGENCY hospital June 29, 2021 For injuries Sustained
20. by these three oFFicers. Plaintiff Seeks damages For these Constitutional violations.

Nathaniel Harvey

2

## Claim THREE: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT AND DELIBERANT INDIFFERENCE FIRST AMENDMENT RETALIATION

1. Between the months of April and May 2021, Defendant Acuna and Plaintiff had a
2. discussion. Plaintiff told the Defendant Acuna that He is Filing Grievances and a
3. Lawsuit against Defendant Riley and Gutierez. Defendant Acuna responded to
4. Me by Saying that Since You like Filing lawsuits, "I will Search Your Cell
5. For Contraband." On May 26, 2021, Defendant Acuna Packed out Plaintiffs Cell
6. without Providing a Pack-out Sheet, although he Provided a Shakedown Slip dated
7. May 26, 2021. Defendant Violated Plaintiff rights by destroying Plaintiffs Health
8. Care appliance 4 inch ACE Wrap. Plaintiff was diagnosed with Osteo-Arthitis
9. For the health Care appliance. Defendant Retaliated also by exchanging MY Undam-
10. aGed Coax Cable For another Prisoners damaged Coax Cable and had
11. Plaintiff SiGN a Unauthorized Property sheet dated May 27, 2021. Defendant Acuna
12. Admitted to Captain Turner and LT. Anaya that he destroyed Accidently Plaintiffs Coax
13. Cable. Plaintiff has witness who Confessed that Defendant Swapped Coax Cable's For
14. him. Defendant was Deliberate Indifferent to Plaintiffs Serious Medical Needs because
15. Plaintiff Suffered in Pain without the ACE-Wrap. Plaintiff Seeks damages For these
16. Constitutional violations.

Nathaniel Harvey

3

Claim Four: EIGhth AMENDMENT·CRUEL AND UNUSUAL Punishment
AND DELIBERATE INDIFFERENCE

1. Plaintiff is a Prisoner in Priority Group, diagnosed with chronic Medical Con-
2. ditions Such as Heart disease, Irratable bowel Syndrom and Asthma. Plaintiff
3. was diagnosed with hypertension in 2007. On June 18, 2013, Defendant Boyd
4. Placed Plaintiff on a Combination of Medication that Caused him injury and Poisoning.
5. On May 26, 2021, as a result of these Medications Defendant Boyd Prescribed,
6. Plaintiff Suffered Injury and Poisoning again because Medications HCTZ
7. and Losarton should not be mixed. Plaintiff Suffered in Pain of a busted
8. right eye as a result of Medication. On December 22, 2020, Plaintiff Complained
9. of lightheadedness and dizziness but Defendant Boyd Failed to take action.
10. Plaintiff Complained on February 17, 2021 of chest Pain and shortness of breath,
11. but Defendant Boyd Failed to take action. Plaintiff alleges Defendant Boyd
12. was Deliberate Indifferent and Knew of and disregarded an excessive
13. risk to Plaintiffs Serious Medical Needs. On June 29, 2021, Defendant
14. Boyd lied Under oath in a C.O.P.D. hearing in Case 43245 about Effects of
15. Medication. Plaintiff alleges he was denied Sufficient Medical treatment For
16. his Chronic Care diagnosed Problems, On 12-22-2020 and 2-17-2021. Plaintiff
17. Seeks damages For these Constitutional Violations.

Nathaniel Harvey

4

Claim Five: Eighth Amendment, Cruel and Unusual Punishment
And Deliberate Indifference

1. On May 26, 2021, Plaintiff Suffered a Medical Emergency. Medical First
2. responders Krystal Kammrad claims that while Plaintiff was in the restraint
3. chair, Plaintiff Denies injuries with transport hood. (See Video Body Cam.)
4. Plaintiff was Unconscious while being transported to Medical. Defendant
5. Kammrad Provided Sutures to Plaintiffs right eye and took blood Pressure
6. that read 100/50. Plaintiff reported to Nurse Daniell Smith that he Could
7. not breath, and had chest pain and used his inhaler. Defendant was
8. Deliberately Indifferent to Plaintiffs Serious Medical needs by ignoring and
9. failing to Provide additional Care For Plaintiffs Chronic Condition on May
10. 26, 2021. Defendant Kammrad actions Constitute the Unnecessary and Wanton
11. infliction of Pain. Plaintiff Emediately Submitted Request for Sick Call
12. On May 26, 2021 and May 30, 2021 reporting his injuries. Plaintiffs Mother
13. called (CSP) For a Medical EMERGENCY and I was taken to St. Thomas
14. More Hospital a Month later on June 29, 2021. Plaintiff Seeks damages for
15. These Constitutional Violations.

Nathaniel Harwey

5

## Claim Six: Eighth Amendment Cruel and Unusual Punishment
## And Deliberate Indifferance

1. Plaintiff alleges that on May 26, 2021, Defendant Stephanie Dalton HSA
2. was Deliberately Indifferent to Plaintiffs Chronic Care Hypertension
3. diagnosis. Nurse Carla Daniell Smith reported that Plaintiff
4. appeared grayish in Color, disorientated and Confused. Plaintiff
5. Suffered in Serious Chronic and Physical Pain while there was a delay
6. in Providing adequate Medical Care. Plaintiff alleges Defendant
7. Failed to Properly treat Plaintiff according to AR 700-01 and Send him
8. to the Hospital For 24-Hour Immediate treatment On his May 26, 2021
9. Medical EMERGENCY. Plaintiff Seeks damages For These Constitutional
10. Violations.

Nathaniel Harvey

6

## Claim SEVEN: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT

1. On May 26, 2021 Captain Martinez was the Shift Commander. On May 26, 2021
2. Plaintiff refused Medical Treatment with First responders at his door.
3. Because Plaintiff refused Medical treatment, Defendant gave the order For
4. Plaintiff to be removed from his Cell to G149 observation Cell. Administrative
5. Regulation 300-06 was the Moving Force behind Constitutional Violation.
6. Defendant Martinez became Suspicious and Ordered For Plaintiffs Cell to be
7. Searched For dangerous Contraband. Plaintiff was Placed in Universal
8. restraints in his Boxers and T-shirt with the Air Conditioner on Full blast.
9. Plaintiff was Forced to sit in his Own Urine and Feces while in Universal
10. restraints in Observation Cell G149. "See Video". Defendant Possessed respon-
11. sibility For the Continued operation of Policy 300.56. Plaintiff was not
12. afforded to Shower or to change Boxers. Defendant Left Plaintiff in
13. Universal restraints with no additional Chronic Care Medical treatment, or
14. advisement From Mental Health. On August 15, 2021, Defendant and Plaintiff
15. held an interview in F Unit Barbershop. Defendant admitted to Plaintiff
16. that she Knew He was having a Medical Emergency. Defendant was deliberately
17. Indifferent to Plaintiffs Serious Medical needs by not Providing additional Aid.
18. Plaintiff Sat For (5) hours and was denied additional Medical treatment. Plaintiff
19. Seeks damages For these Constitutional Violations.

nathaniel Hervey

7

## Claim Eight: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT

1. On May 26, 2021, LT. Lundenburg was Swing Shift Shift Commander.
2. Defendant Lundenburg possessed responsibility for the Continued operation
3. of Policy 300-56. Defendant Lundenburg was aware of Plaintiffs Medical
4. EMERGENCY because Defendant Martinez briefed Defendant Lundenburg at
5. Shift Change. Plaintiff alleges that he was forced to Wash his own
6. Urine and Feces out of his Boxers Under his Control. Plaintiff was
7. denied to be Seen by Mental Health or additional Medical treatment.
8. Plaintiff requested to take a S-21 Urinalysis drug test and was denied.
9. Despite Plaintiffs Non-Violent behavior and his request From Sgt. Carrillo
10. For Medical help, Plaintiff Sat in Special Controls for Five Hours. Plaintiff
11. Sat in G149 with the Air Conditioner on Full blast Freezing in Boxers and a
12. T-shirt. Plaintiff Seeks damages For these Constitutional Violations.

Nathaniel Harvey

8

Fourteenth Amendment

Claim NINE: EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT;
TITLE II OF THE ADA and REHABILITATION ACT

1. Plaintiff is a qualified individual with a disability. Plaintiff is substantially limited
2. in Major life activity. On November 16, 2020, Plaintiff was Seen by Defendant Sotto
3. For a behavioral Health - status review. On November 19, 2020, Plaintiff was Seen by
4. Mental Health Sotto. On November 20, 2020, Plaintiff was Seen For Mental Health Status
5. Review. Defendant Knew and was aware that Plaintiff Suffered From Frontal Lobe
6. brain damage, learning disability, acute Manic depressive bipolar disorder, Attention
7. defecit Hyperactive disorder and Paronoid Schizophrenia. These disability's were
8. Well Communicated with Defendant during the above Sessions. Plaintiff was not
9. Given equal opportunity to Participate in the entity's Services, Programs, or
10. activities although Defendant had Knowledge that Plaintiff is disabled. This
11. Knowledge derived from Plaintiff's request For C.O.P.D Mental Health Con-
12. Sultation. On June 29, 2021, Plaintiff was Excluded From Mental health being
13. Called at his hearing. Such exclusion, denial of benefits, or discrimination was by
14. reason of a disability. Plaintiff, who acting out because of his Paronoid
15. Schizophrenia was Placed in Universal restraints and Placed in Segregation
16. On May 26, 2021 "as Punishment For Symptoms of Plaintiffs Mental Illness
17. and as an alternative to Providing Mental health Care". Plaintiff Seeks damages For
18. these Constitutional Violations. Plaintiff was denied the ability to Participate in Services
19. and Programs to the Same extent as non-disabled individuals. The entity itself
20. is a "moving Force" behind the deprivation.

nathaniel Harway

9

Original form provided free of charge by CDOC Legal Services to Offender    Harvey    DOC # 130287 MAR 1 4 2022

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit. Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):              Plaintiff does not have the proof

Docket number and court:           of previous lawsuits. My Legal

Claims raised:                                Box was lost in 2013 on a

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    Facility Transfer.

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:         _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

          ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

          ✓ Yes ___ No (*check one*)

" Plaintiff Filed Grievances with the Clerk of The Court              Nathaniel Harvey
beFore the Order to Amend Complaint. "

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

WHEREFORE: Plaintiff respectfully Prays that this Court enter Judgment:

1. Granting Plaintiff a declaratory Judgment that the acts and Omissions herein Violate his rights.

2. Granting Plaintiff Compensatory damages in the Amount of $50,000 against each defendant, Jointly and Severally.

3. Plaintiff Seeks Punitive damages against each defendant in the amount of $50,000 Jointly and Severally, And liability for injunctive and declaratory relief under §1983.

4. Plaintiff Seeks a Jury trial on all issues triable by a Jury.

5. Plaintiff Seeks recovery of his Costs in this Suit, and any additional relief this Court deems Just, Proper and Equitable.    Respectfully,

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Nathaniel Harvey_
(Plaintiff's signature)

_March 17, 2022_
(Date)

(Form Revised December 2017)

*Nathaniel Harvey*

22

CERTIFICATE OF SERICE

I hereby Certify that the Court Ordered Amended
Complaint was Mailed to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
Denver, Co 80294 - 3589 by the U.S. Postal Service
on 3-21-2022.

Nathaniel J. Harney

3-21-2022



Colorado Department of Corrections
Name _NATHANIEL HARNEY_
Register # _130287_
Unit _KD 307_
Box# _600_
City, State, Zip _Canon City, CO 81215_

Alfred A. Arraj U.S.
Courthouse
901 19th Street
Room A - 105
Denver, CO 80294

LEGAL MAIL

LEGAL MAIL

Privileged
OUT-GOING
LEGAL MAIL





CCF    3-2/-22
FACILITY    DATE REC'D
STAFF LAST NAME    ID#    INT.
DOC# OFFENDER LAST NAME    INT.