Original

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.    1: 22 - cv – 00369 GPG
(To be supplied by the court)

Nathaniel J. Harvey, Plaintiff

v.

**Jury Trial requested:**
(please check one)
 X  Yes____No

Lt. Stephanie Martinez,

Sgt. Rene Acuna,

Sgt. Paul Carrillo Jr.,

Z. Garcia,

Nurse Practitioner Kathleen Boyd  and,

Officer Riley    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 20 2022**

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

> ### NOTICE
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Nathaniel J. Harvey #130287 Centenial Correctional Facility P.O. Box 600
  (Name, prisoner identification number, and complete mailing address)

Canon City, CO. 81215
  (Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee
____   Civilly committed detainee
____   Immigration detainee

*____   Convicted and sentenced state prisoner
____   Convicted and sentenced federal prisoner
____   Other: (*Please explain*) _____

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Stephanie Martinez Lt. Colorado State Penitentiary P.O. Box 777 Canon City C.O. 81215
  (Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____*Yes ___No (*check one*). Briefly explain:

Defendant was Deliberately Indifferent to plaintiff's condition of confinement.

Defendant 1 is being sued in his/her *___individual and/or___official capacity.

2

Defendant 2:   Sgt. Rene Acuna. C.S.P. P.O. Box 777 Canon City CO. 81215

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ *Yes ___No (*check one*). Briefly explain:

Defendant used unnecessary excessive force and retaliatory conduct for plaintiff Filing grievances.

Defendant 2 is being sued in his/her *___individual and/or____official capacity.

Defendant 3:   Sgt. Paul Carrillo Jr. C.S.P P.O. Box 777 Canon City, CO. 81215

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   *_Yes____No (*check one*). Briefly explain:
Defendant used unnecessary excessive force.

Defendant 3 is being sued in his/her   * individual and/or____official capacity.

Defendant 4:   Z Garcia. C.S.P P.O. Box 777 Canon City, CO. 81215

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   *_Yes____No (*check one*). Briefly explain:

Defendant used unnecessary excessive force

Defendant 4 is being sued in his/her   * individual and/or____official capacity.

3



Defendant 5:   Kathleen Boyd Nurse Practitioner. C.S.P P.O. Box 777 Canon City, CO. 81215

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   *_Yes____No (check one).  Briefly explain:

Defendant has shown to be deliberately indifferent to plaintiff's serious medical Needs.

Defendant 5 is being sued in his/her  * individual and/or____official capacity.

Officer Riley being Sued in her individual Capacity and Under Color of state Law.

**C.   JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

*____   42 U.S.C. § 1983 (state, county, and municipal defendants)

_____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

*____   Other: (*please identify*)  The court has jurisdiction under 28 U.S.C. 1331(a)

Nathaniel Harvey

4

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  8th Amendment prohibiting cruel and unusual punishment

1. Supporting facts: At all times relevant, plaintiff was housed at C.S.P Correctional Facility
2. Fremont County. On May 26, 2021, plaintiff suffered a medical emergency in his cell.
3. Mental health Ms. Huff saw plaintiff fall unconscious, cutting my right eye open. At this time
4. Plaintiff suffered a concussion. Defendant Acuna ordered plaintiff to get up off the floor
5. and cuff up. Plaintiff complied and fell to the floor again. Defendant Acuna violated
6. plaintiff's 8th Amendment right by physically pushing me into the wall using unnecessary
7. force for filing grievances against his staff. Defendant smashed plaintiff's shoulder
8. into the wall causing injury. Defendant Carrillo came up from behind and snatched my
9. hat off of my head causing injury to my lower neck. Plaintiff suffered tremors and was
10. told to stop moving and was tased by Z. Garcia for no reason. These defendants acted
11. maliciously and sadistically for the very purpose of causing harm rather in a good faith
12. effort to maintain discipline. Plaintiff was handcuffed while force was being used.
13. Plaintiff request that this court grant punitive and compensatory relief for the acts
14. and omissions in this complaint violating plaintiffs 8th Amendment rights. Plaintiff
15. respectfully request relief for emotional pain and suffering.

5

*Nathaniel Harvey*

CLAIM TWO: 1st Amendment Free Exercise of Religion

**Supporting Facts:**

1. At all times relevant, plaintiff was housed at Colorado state penitentiary when
2. This constitutional violation occurred. On April 24, 2021, during the holy month
3. Of Ramadan, Plaintiff was given diced prunes and peaches for breakfast, part of
4. My Islamic Halal diet. Plaintiff saved Fruit to break his fast for later that day.
5. Defendant Riley confiscated plaintiff's fruit. Plaintiff requested defendant Riley
6. to replace the fruit and she refused to. Riley violated plaintiffs 1st Amendment
7. to free exercise of religion by denying plaintiff a reasonable opportunity to
8. practice his religion. Lt. Anaya tested the fruit for alcohol and it came back
9. negative. Plaintiff alleges Riley practice of searching for hooch [300-06]
10. substantially burdened plaintiffs sincerely held religious beliefs. Plaintiff was not
11. afforded a reasonable opportunity to pursue his religion. This act substantially
12. burdened plaintiff to modify his religious beliefs. Breaking the fast is a tenet
13. of my faith. See shake down slip dated 4-24-2021. Plaintiff request that this
14. court find that the acts and omissions violated plaintiffs rights. Plaintiff
15. request declaratory judgment and punitive damages.

*Nathaniel Harvey*

6

### 1st Amendment Retaliation
CLAIM THREE: _____
Supporting facts:

1. At all times relevant, plaintiff was housed at Colorado state penitentiary ~~where~~
2. When this constitutional violation occurred. Between the months of April and
3. May 2021, Defendant Sgt. Acuna and plaintiff had a discussion. Plaintiff
4. Told the defendant Acuna that he is filing grievances and a lawsuit against
5. Defendants Riley. Defendant Acuna responded to me by saying that since
6. You like filing lawsuits," I will search your cell for contraband." On May
7. 26th ,2021, Defendant Acuna packed out plaintiffs cell without providing
8. A pack-out sheet, although he provided a shakedown slip dated May 26th
9. 2021. Defendant Violated the 1st Amendment by destroying plaintiffs
10. Health care appliance 4 inch ace wrap during the pack-out. Plaintiff was
11. Diagnosed with osteo- arthritis for the health care appliance. Defendant
12. Also retaliated by exchanging plaintiffs undamaged coax cable for
13. Another prisoners damaged coax cable and had plaintiff sign a
14. Unauthorized property sheet dated May27th, 2021. Defendant Acuna
15. Admitted to captain Turner and Lt. Anaya that he destroyed plaintiffs
16. Property. Plaintiff request that this court grant declaratory and punitive
17. Damages.

CLAIM FOUR:   8th Amendment Cruel and Unusual Punishment/ Deliberate Difference

      Supporting Facts:
1. At all times relevant, plaintiff was housed at Colorado State Penitentiary when this
2. Constitutional violation occurred. Plaintiff is a prisoner in priority group, diagnosed
3. With chronic medical conditions. On May 26th, 2021, plaintiff suffered injury due to
4. Medications Defendant Boyd prescribed. Plaintiff suffered Injury and poisoning
5. Because Boyd prescribed medications HCTZ and LOSARTON that should not
6. Have been mixed. Plaintiff complained on February 17, 2021 of chest pain, shortness
7. Of breath, but Defendant Boyd failed to take action. Defendant Boyd violated
8. The 8th Amendment because on June 29, 2021, Defendant lied under oath in case
9. 43295 about effects of medication. Plaintiff alleges he was denied sufficient treatment
10. For his chronic care diagnosis. Plaintiff alleges Defendant Boyd was Deliberate
11. Indifferent and knew of and disregarded an excessive risk to plaintiffs serious
12. Medical needs. Plaintiff seeks declaratory judgment that the defendant acts and
13. Omissions violated the 8th Amendment. Plaintiff also request punitive and
14. Compensatory damages. This Defendant is related to claims two and three.

*Nathaniel Harvey*

CLAIM FIVE: 8th Amendment Cruel and Unusual Punishment

**Supporting facts**

1. At all times relevant, Plaintiff was housed at Colorado State Penitentiary when this
2. Constitutional violation occurred. On May 26,2021, Captain Martinez was the shift
3. Commander. On May 26,2021, Plaintiff refused medical treatment with first
4. Responders at his door. Because plaintiff refused medical treatment, Defendant
5. Gave the order for plaintiff to be removed from his cell to G-149 observation cell.
6. Regulation 300-06 was the moving force behind constitutional violation. Defendant
7. Violated 8th Amendment because she knew Plaintiff was suffering a medical
8. Emergency, but ordered for plaintiff to sit in observation soiled in his own urine
9. And feces. Defendant claims she became suspicious and ordered for plaintiffs cell
10. To be searched for dangerous contraband. Plaintiff was placed in universal
11. Restraints in his boxers and t-shirt with the air conditioner on full blast. See video.
12. Defendant possessed responsibility for the continued operation of policy 300-56.
13. Plaintiff was not afforded to shower or to change boxers. Defendant left plaintiff
14. In universal restraints with no addition chronic care medical treatment. On
15. August 15th ,2021, Defendant showed to be deliberate Indifferent to plaintiffs
16. Serious medical needs by not providing additional medical aid. Plaintiff was
17. Accused of using drugs. Plaintiff requested a j-21 panel urinalysis but was denied.
18. Plaintiff seeks declaratory judgment that the acts and omissions did violate
19. Plaintiffs rights. Plaintiff also seeks punitive and compensatory damages.

9

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    Plaintiff lost previous effects in legal box in 2013.

Docket number and court:    n/a

Claims raised:    n/a

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    n/a

Reasons for dismissal, if dismissed:    n/a

Result on appeal, if appealed:    n/a


F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

\* Yes ___ No (*check one*)

Did you exhaust administrative remedies?

\* Yes ___ No (*check one*)

*Nathaniel Harvey*

10

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF." Wherefore : Plaintiff respectfully prays that this court enter judgment:*

1. Granting plaintiff judgment that the acts and omissions herein violated plaintiffs rights,
2. Granting plaintiff compensatory damages in the amount of $50,000 against each
3. Defendant, jointly and severally,
4. Plaintiff seeks punitive damages against each defendant in the amount of $50,000
5. Jointly and severally,
6. Plaintiff seeks a jury trial on all issues triable by a jury,
7. Plaintiff seeks recovery of his cost in this suit and any additional relief this court
8. Deems just, proper, and equitable.

*Respectfully,*

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Nathaniel Harvey* 5-16-22
(Plaintiff's signature)

May 16th, 2022
_____
(Date)

(Revised February 2022)

13

*Nathaniel Harvey*

Certificate of Service

I hereby Certify that a Copy of the Court Ordered Amended Complaint was Mailed to Clerk of the Court at:

Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
Denver, Co 80294-3589

On May 16th, 2022

Nathaniel J. Harvey
#130287

**Colorado Department of Corrections**
Name: Nathaniel Harvey
Register #: 130287
Unit: KD-103
Box #: 600
City, State, Zip: SCF-Canon City, Co 81215

Clerk of Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
Denver, Co 80294-3589

Privileged
Confidential
Out-going
Legal Mail

Legal Mail

Legal Mail

Legal Mail
5.16.22

FACILITY: CCF
DATE REC'D: 7/6/22
STAFF LAST NAME: Schecter
ID#: TNT
DOC# OFFENDER LAST NAME INIT: 130237 Horvey N.H.